No. 797, Misc. MYERS v. COX, WARDEN, ET AL. Supreme Court of New Mexico. Certiorari denied. Petitioner *pro se*. *Earl E. Hartley*, Attorney General of New Mexico, for Cox, respondent.

No. 940, Misc. HILDEBRANDT v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 950, Misc. SIERRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 961, Misc. BOYES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. Reported below: —— F. 2d ——.

No. 963, Misc. WATERSON, ALIAS JANDA, v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 966, Misc. NETTLES v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 979, Misc. LIPSCOMB v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.